LKG 2 6 CV 0 0 3 9 8

# United States District Court

# District of Maryland

---------------------------------------------------------------)))))))

Mia Tucker      as Plaintiff              Index No.

      vs.

Kevin Mcclanahan   as Defendant          COMPLAINT

Demands  Jury Trial
---------------------------------------------------------------))))))))

1. Defendant, in numerous occasions, had ex parte communication,

2. Defendant should be subjected to impeachment,

3. Plaintiff demands $100,000.

FILED

LOGGED

JAN 2 9 2026

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY                    DEPUTY

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Mia Tucker   1/15/2026